# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0382. SUSA NASA v. CORIZON HEALTH, INC., et al.**

Susa Nasa filed a pro se complaint about the medical treatment he received while in pretrial custody. The defendants moved to dismiss the action, and on November 26, 2012, the trial court granted their motion. On February 11, 2013, Susa Nasa filed a pro se application for discretionary appeal of that ruling, which we dismissed because it was untimely. *Susa-Nasa v. Medical Contractor Corizon et al.*, Case No. A13D0245 (decided March 12, 2013). It appears from the application presently before us that Susa Nasa attempted to file another pro se complaint about the medical treatment he received while in pretrial custody. On April 8, 2013, the trial court signed an order denying Susa Nasa's request to proceed in forma pauperis and dismissing the complaint. On May 13, 2013, Susa Nasa filed a pro se application for discretionary appeal of this order. The order he included with his application, however, is not stamped "filed" as required by OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e). We, therefore, are unable to determine whether Susa Nasa timely filed his application for discretionary review. See OCGA § 5-6-35 (d) (an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed).

As the applicant, Susa Nasa bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information he provided with his application, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) (the

requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an appeal not made in compliance therewith).  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __06/04/2013__
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*